UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re JESUS LOZANO, J93434,

Plaintiff.

Case No. 22-cv-05251-CRB (PR)

**ORDER OF DISMISSAL**

On September 15, 2022, the clerk filed as a new action a grievance form from plaintiff complaining about the conditions of his confinement at the R. J. Donovan Correctional Facility (RJD) in San Diego, California. The court notified plaintiff in writing at that time that the action was deficient because he did not file an actual complaint or pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: October 25, 2022

_____
CHARLES R. BREYER
United States District Judge